FILED

2013 NOV -8 PM 3: 36

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA HARRIS

CASE NO.  6:13-cr- 277-OrC-3TBS
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 982(a)(2)(B) - Forfeiture
18 U.S.C. § 1029(c)(1)(C) - Forfeiture

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

Beginning on a date unknown to the United States, but no later than in or

about May 2013, and continuing until on or about June 21, 2013, in Orange

County, Florida, in the Middle District of Florida, and elsewhere,

### JOSHUA HARRIS

the defendant herein, did knowingly and willfully combine, conspire, confederate,

and agree with other persons both known to the United States to commit the

following offenses against the United States:  To knowingly and with intent to

defraud, have control and custody over and possess device-making equipment,

to wit, a skimming device, said control and custody and possession affecting

interstate and foreign commerce, in violation of Title 18, United States Code,

Section 1029(a)(4).

As an overt act in furtherance of the conspiracy, **JOSHUA HARRIS** did

possess a skimming device for the purpose of stealing credit card numbers and

did provide that skimming device to another co-conspirator.

All in violation of Title 18, United States Code, Section 1029(b)(2) and (c)(1)(a)(ii).

## FORFEITURES

1.    The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

2.    The defendant, **JOSHUA HARRIS**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest he has in any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation and pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offenses.

3.    If any of the property described above, as a result of any act or omission of the defendant:

   a.    cannot be located upon the exercise of due diligence;

   b.    has been transferred or sold to, or deposited with, a third party;

   c.    has been placed beyond the jurisdiction of the court;

   d.    has been substantially diminished in value; or

   e.    has been commingled with other property which cannot be

2

divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of Title 21, United States Code, Section 853(p), as incorporated by

Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A. LEE BENTLEY, III

Acting United States Attorney

By: _____

Daniel C. Irick
Assistant United States Attorney

By: _____

Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

3